BENJAMIN B. WAGNER
United States Attorney
BRIAN DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GERARDO ALVAREZ-MONTANEZ,<br><br>          Defendants. | CASE NO. 1:14-CR-00047 AWI-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference date currently set for June 23, 2014, be vacated and that this matter be set for Change of Plea hearing on June 23, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(7)(A) and (B).

Dated:  June 13, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                   By:   /s/ BRIAN DELANEY
                                         BRIAN DELANEY
                                         Assistant United States Attorney




Dated:  June 13 , 2014                   /s/Erik Fogderude
                                         ERIK FOGDERUDE
                                         Attorney for Defendant
                                         GERARDO ALVAREZ-MONTANEZ


ORDER

IT IS SO ORDERED that the  2nd Status Conference  for Defendant Gerardo Alvarez-Montanez (2) ONLY is off calendar on June 23, 2014 at 1:00 p.m. and Reset as a Change of Plea hearing for June 23, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

   Dated:  **June 13, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE