1  Eric K. Fogderude  # 070860
2  FLETCHER & FOGDERUDE, INC.
   5412 N Palm Ave # 101
3  Fresno, CA   93704
   Telephone:  559-431-9710
4  Attorney for Defendant, GERARDO ALVAREZ-MONTANEZ

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. 1:14- CR-47-002 AWI
12 |                       Plaintiff, | **STIPULATION TO ADVANCE
   |                                  | SENTENCING HEARING AND ORDER
13 | v.                               | THEREON**
14 | GERARDO ALVAREZ-MONTANEZ         |
15 |                      Defendants. | Date:  September 2, 2014
   |                                  | Time:  10:00 a.m.
   |                                  | Judge: Honorable Anthony W. Ishii
16 |                                  |        United States Judge

17

18                              **STIPULATION**

19        It is hereby stipulated by and between the parties hereto that the sentencing hearing in the

20 above entitled matter now set for September 15, 2014, at 10:00 a.m. may be advanced to

21 September 2, 2014 at 10:00a.m.

22        The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7)

23 (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

24 public and the defendant in a speedy trial, since the failure to grant such a continuance would

25 deny counsel for the defendant the reasonable time necessary for effective preparation, and plea

26 negotiations taking into account the exercise of due diligence.

27

28
                                        1

DATED:  August 26, 2014         FLETCHER & FOGDERUDE, INC.

                                              /s/ Eric K. Fogderude                                .
ERIC K. FOGDERUDE
Attorney for Defendant,
GERARDO ALVAREZ-MONTANEZ

DATED: August 26, 2014           /s/  Melinda Peyret                                      
MELINDA PEYRET,
US Probation Officer

DATED: August 26, 2014          Benjamin B. Wagner

United States Attorney

/s/ Brian Delaney                                      .
BRIAN DELANEY , Assistant US Attorney

### ORDER

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the sentencing hearing be advanced from September 15, 2014 at 10:00 a.m. to September 2, 2014 at 10:00 a.m. before Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   August 26, 2014                                     _____

                                                                                                   SENIOR  DISTRICT  JUDGE