1  BENJAMIN B. WAGNER
United States Attorney
2  KATHLEEN A. SERVATIUS
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

5

6  Attorneys for Plaintiff
United States of America

7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  1:14-CR-00047-AWI-BAM-2

12                              Plaintiff,       STIPULATION AND ORDER REFERRING
                                                 MOTION FOR SENTENCE REDUCTION TO
13                         v.                    FEDERAL DEFENDER'S OFFICE AND
                                                 PROBATION OFFICE
14  GERARDO ALVAREZ-MONTANEZ,

15                              Defendant.

16

17         The Court is in receipt of a motion to reduce a criminal sentence pursuant to Title 18, United

18  States Code, Section 3582(c)(2).  The Court refers this motion to the Probation Office (Probation Officer

19  Brian Bedrosian) and the Office of the Federal Defender and Assistant Federal Defender David M.

20  Porter, pursuant to General Order No. 546.  The Federal Defender's Office shall have 60 days from the

21  date the Court approves the stipulation/order to conduct an initial review of the motion to determine the

22  status of representation of the defendant.

23         1.      If the Federal Defender's Office determines that the defendant is eligible for

24  representation and agrees to represent the defendant, a representative of the Federal Defender's Office

25  shall file a notice of appearance in the case.  If the matter has been referred to panel counsel due to a

26  conflict of interest, a copy of this order shall be forwarded by the Federal Defender's Office to appointed

27  panel counsel who shall then determine whether the motion is meritorious and, if so, file a notice of

28  appearance in the case.

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION

1    2.    The notice of appearance shall indicate whether counsel intends to supplement the

2  defendant's motion.

3    3.    If the defendant does not intend to supplement the motion, the government's response

4  will be due 14 days following counsel's notice of appearance.

5    4.    If defendant's counsel intends to supplement the defendant's motion, then the notice of

6  appearance shall indicate the date upon which the supplement will be filed and the date upon which the

7  government's response shall be due.  Such dates should be mutually agreeable to the parties.

8    5.    If the parties agree that a hearing is necessary, the notice of appearance shall include the

9  date of the hearing, preferably no earlier than two weeks after the government's response is filed.  If the

10 parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties'

11 respective filings.

12   6.    Should no counsel enter an appearance on behalf of the defendant, the government will

13 file a response within 14 days of the expiration of the 30-day period referred to above.

14   7.    Upon review of the motion and response, the Court will determine whether oral argument

15 or hearing will aid its determination of the motion and notify counsel of its decision.

16 Dated: June 4, 2015                          BENJAMIN B. WAGNER
                                               United States Attorney
17

18                                             /s/ *Kathleen A. Servatius*
                                               KATHLEEN A. SERVATIUS
19                                             Assistant United States Attorney

20
   Dated:  June 4, 2015                        HEATHER E. WILLIAMS
21                                             Federal Defender

22
                                               /s/ *David M. Porter*
23                                             DAVID M. PORTER
                                               Assistant Federal Defender
24                                             Attorney for Defendant

25

26 IT IS SO ORDERED.

27 Dated:   June 4, 2015     _____
                            SENIOR  DISTRICT  JUDGE
28

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION